UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LEO ALAN EDWARDS,<br><br>              Petitioner,<br><br>     vs.<br><br>J.W. COX, IN HIS CAPACITY AS WARDEN OF YANKTON FEDERAL PRISON CAMP;<br><br>              Respondent. | 4:21-CV-04020-KES<br><br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |

Petitioner Leo Alan Edwards has filed a motion requesting the court appoint counsel to represent him (Docket No. 5).

There is no recognized constitutional right under the Sixth Amendment for the appointment of counsel in habeas corpus cases. Hoggard v. Purkett, 29 F.3d 469, 471 (8th Cir. 1994). Habeas actions are civil in nature, so the Sixth Amendment right to counsel applicable in criminal proceedings does not apply. Id. The court does, however, have discretion to appoint counsel if the interests of justice so require or if an evidentiary hearing will be held. See 18 U.S.C. § 3006A(a)(2)(B). The court will not appoint counsel at this juncture of the proceedings and accordingly denies movant's motion. This case is not legally or factually complex and the court is confident movant can present his issues

himself at this point. Should an evidentiary hearing become necessary, the court will appoint counsel. Accordingly, it is hereby

ORDERED that the motion for appointment of counsel (Docket No. 5) is denied.

DATED this 22nd day of February, 2021.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge